NUMBER 13-03-100-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG


____________________________________________________________________


THE STATE OF TEXAS , Appellant,



v.




GILBERTO ALMAGUER , Appellee.

____________________________________________________________________


On appeal from the 347th District Court

of Nueces County, Texas.

____________________________________________________________________



MEMORANDUM OPINION


Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam



 Appellant, THE STATE OF TEXAS , perfected an appeal from an order entered by the 347th District Court
of Nueces County, Texas, in cause number 01-CR-3984-H . After the record was filed, appellant filed a
motion to withdraw notice of appeal. In the motion, the State requests that this appeal be dismissed.

 The Court, having considered the documents on file and appellant's motion to withdraw notice of appeal, is of
the opinion that the motion should be granted. Appellant's motion to withdraw notice of appeal is granted,
and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).



Opinion delivered and filed this

the 26th day of June, 2003 .